File No.: 11023495



05/11/2012

220 BLUEWATER DR
AB 229 M TOLLETT SURVEY, BLUEWATER OF TAWAKONI LOTS 1-26, 66(WF), 66A
EAST TAWAKONI, TX 75472

SCHEEF & STONE, LLP
500 N AKARD ST, STE 2700, DALLAS, TX 75201

Table of Contents/Cover Page ................................................................................................................ 1
Summary of Salient Features ................................................................................................................. 2
Letter of Transmittal ............................................................................................................................. 3
URAR ..................................................................................................................................................... 4
Building Sketch (Page - 1) ..................................................................................................................... 10
Location Map .......................................................................................................................................... 11
Flood Map .............................................................................................................................................. 12
Subject Photos ....................................................................................................................................... 13
Photograph Addendum .......................................................................................................................... 14
Photograph Addendum .......................................................................................................................... 15
Subject Photos Interior .......................................................................................................................... 16
Subject Photos Interior .......................................................................................................................... 17
Comparable Photos 1-3 ......................................................................................................................... 18
Appraiser's License ............................................................................................................................... 19
Appraiser's Resume .............................................................................................................................. 20
Multi-Purpose Supplemental Addendum ............................................................................................... 21



EXHIBIT

B-1

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 220 BLUEWATER DR |
| | Legal Description | AB 229 M TOLLETT SURVEY, BLUEWATER OF TAWAKONI LOTS 1-26, 66(WF), 66A |
| | City | EAST TAWAKONI |
| | County | RAINS |
| | State | TX |
| | Zip Code | 75472 |
| | Census Tract | 9502.00 |
| | Map Reference | RAINS COUNTY |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ N/A |
| | Date of Sale | N/A |

| CLIENT | | |
|---|---|---|
| | Borrower/Client | N/A |
| | Lender | SCHEEF & STONE, LLP |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | 1,708 |
| | Price per Square Foot | $ |
| | Location | LAKE/AVG |
| | Age | 17 |
| | Condition | AVERAGE |
| | Total Rooms | 8 |
| | Bedrooms | 4 |
| | Baths | 2.0 |

| APPRAISER | | |
|---|---|---|
| | Appraiser | DEVLIN KIRCHMAN |
| | Date of Appraised Value | 05/11/2012 |

| VALUE | | |
|---|---|---|
| | Final Estimate of Value | $ 139,000 |

JERRY KIRCHMAN & ASSOCIATES
P. O. BOX 8038
GREENVILLE, TX  75404


SCHEEF & STONE, LLP
500 N AKARD ST
DALLAS, TX 75201


Re:  Property:      220 BLUEWATER DR
                    EAST TAWAKONI, TX 75472
     Borrower:      N/A
     File No.:


In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.   The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,


DEVLIN KIRCHMAN

Jerry Kirchman & Associates

**Summary Appraisal Report**

# Uniform Residential Appraisal Report
File # 11023495

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| | |
|---|---|
| Property Address  220 BLUEWATER DR | City  EAST TAWAKONI    State  TX    Zip Code  75472 |
| Borrower  N/A | Owner of Public Record  LARRY WUBBENA    County  RAINS |

Legal Description  AB 229 M TOLLETT SURVEY, BLUEWATER OF TAWAKONI LOTS 1-26, 66(WF), 66A

| | | |
|---|---|---|
| Assessor's Parcel #  6242 | Tax Year  2011 | R.E. Taxes $  3,841.30 |
| Neighborhood Name  EAST TAWAKONI, TX | Map Reference  RAINS COUNTY | Census Tract 9502.00 |

Occupant ☐ Owner ☐ Tenant ☒ Vacant    Special Assessments $  N/A        ☐ PUD   HOA $ ☐ per year ☐ per month

Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe)

Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe)  ASSET VALUATION

Lender/Client  SCHEEF & STONE, LLP    Address  320 N AKARD ST, STE 2700, DALLAS, TX 75201

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  ☒ Yes  ☐ No

Report data source(s) used, offering price(s), and date(s).    MLS#11725446, LIST PRICE $125,000, LIST DATE 2/15/2012,  DOM 72

I ☐ did ☒ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $  N/A        Date of Contract  N/A        Is the property seller the owner of public record? ☐ Yes ☐ No  Data Source(s)

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No
If Yes, report the total dollar amount and describe the items to be paid.      SEE LENDER

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | ☐ Urban ☐ Suburban ☒ Rural | | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | PRICE $(000) | AGE (yrs) | One-Unit | 30 % |
| Built-Up | ☐ Over 75% ☐ 25-75% ☒ Under 25% | | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | 30  Low   0 | | 2-4 Unit | % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | | Marketing Time | ☐ Under 3 mths ☒ 3-6 mths ☐ Over 6 mths | | 125  High   50 | | Multi-Family | % |
| Neighborhood Boundaries | THE SUBJECT PROPERTY IS BOUNDED BY  HWY 34 ON THE WEST, HWY 69 TO THE EAST, FM | | | | | Pred.  30 | | Commercial | % |
| 1564 ON THE NORTH AND  HAY 80 ON THE SOUTH. | | | | | | | | Other | 70 % |

Neighborhood Description    SUBJECT FITS WELL INTO THE SURROUNDING NEIGHBORHOOD . ACCESS IS CONSIDERED AVERAGE ALONG A CITY  MAINTAINED, STREET. SCHOOLS, EMPLOYMENT, RECREATION AND SHOPPING AREA ARE WITHIN 5 MINUTES OF THE SUBJECT. NO PUBLIC TRANSPORTATION IS AVAILABLE

Market Conditions (including support for the above conclusions)    THE EAST TAWAKONY/RAINS COUNTY REAL ESTATE MARKET APPEARS STABLE WITH CONSISTENT FINANCING  AVAILABLE THROUGHOUT THE AREA. THE INTEREST RATES REMAIN LOW ENOUGH TO ENCOURAGE BUYERS AND DISCOUNT POINTS DO NOT APPEAR TO BE REQUIRED ON MOST  TRANSACTIONS AT THIS TIME.  SUPPLY AND DEMAND APPEARS STABLE IN THE SUBJECT AREA.

| | | |
|---|---|---|
| Dimensions  28 LOTS | Area  8.5 ACS | Shape  RECTANGULAR        View  RESIDENTIAL/LAKE |
| Specific Zoning Classification RESIDENTIAL | | Zoning Description  SINGLE FAMILY RESIDENTIAL |

Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe)

Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use?  ☒ Yes  ☐ No  If No, describe

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements – Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Water | ☒ | | Street  ASPHALT | ☒ | ☐ |
| Gas | ☒ | | Sanitary Sewer | ☒ | | Alley  NONE | ☐ | ☐ |

FEMA Special Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone  X        FEMA Map #  48379C0020D        FEMA Map Date  04/17/2012

Are the utilities and off-site improvements typical for the market area?  ☒ Yes  ☐ No  If No, describe

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)?  ☐ Yes  ☒ No  If Yes, describe

| General Description | | Foundation | | Exterior Description | materials/condition | Interior | materials/condition |
|---|---|---|---|---|---|---|---|
| Units ☒ One ☐ One with Accessory Unit | | ☒ Concrete Slab ☐ Crawl Space | | Foundation Walls  BLOCKS | | Floors  CPT/TILE/AVG | |
| # of Stories  1.5 | | ☐ Full Basement ☐ Partial Basement | | Exterior Walls  SIDING/AVG | | Walls  DRYWALL/AVG | |
| Type ☒ Det. ☐ Att. ☐ S-Det./End Unit | | Basement Area            sq.ft. | | Roof Surface  COMP/AVG | | Trim/Finish  WOOD/AVG | |
| ☒ Existing ☐ Proposed ☐ Under Const. | | Basement Finish            % | | Gutters & Downspouts  NONE | | Bath Floor  TILE/AVG | |
| Design (Style)  TRADITIONAL | | ☐ Outside Entry/Exit ☐ Sump Pump | | Window Type  ALUMINUM | | Bath Wainscot  PREFORMED/AVG | |
| Year Built  1995 | | Evidence of ☐ Infestation | | Storm Sash/Insulated  NONE | | Car Storage ☐ None | |
| Effective Age (Yrs)  15 | | ☐ Dampness ☐ Settlement | | Screens  SCREENS/AVG | | ☒ Driveway   # of Cars    2 | |
| Attic ☐ None | | Heating ☒ FWA ☐ HWBB ☐ Radiant | | Amenities ☐ Woodstove(s) # | | Driveway Surface  ROCK | |
| ☐ Drop Stair ☐ Stairs | | ☐ Other     Fuel  ELECTRIC | | ☒ Fireplace(s) #  1 ☒ Fence  CHLNK | | ☐ Garage   # of Cars | |
| ☐ Floor ☐ Scuttle | | Cooling ☒ Central Air Conditioning | | ☒ Patio/Deck  DECK ☐ Porch  CVRD | | ☒ Carport   # of Cars    2 | |
| ☐ Finished ☐ Heated | | ☐ Individual ☐ Other | | ☒ Pool  ABOVE GRD ☒ Other  SPA | | ☐ Att. ☒ Det. ☐ Built-in | |

Appliances ☐ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe)

Finished area above grade contains:      8  Rooms      4  Bedrooms      2.0  Bath(s)      1,708  Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.).    ADDITIONAL FEATURES INCLUDE  OVERSIZE 2 CAR CARPORT, LARGE STORAGE BUILDING, ABOVEGROUND POOL WITH  LARGE WRAPAROUND DECK, SPA AND BOAT DOCK.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).    THE PROPERTY APPEARS TO BE OF AVERAGE CONSTRUCTION  AND QUALITY. THE SUBJECT APPEARS TO HAVE SOME NORMAL SETTLEMENT AND SHIFTING. THE KITCHEN HAS SOME SOFT SUBFLOORING THAT MAY NEED TO BE REPLACE IN  THE FUTURE.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☐ Yes ☒ No  If Yes, describe

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)?  ☒ Yes  ☐ No  If No, describe

| | | |
|---|---|---|
| Freddie Mac Form 70 March 2005 | Page 1 of 6 | Fannie Mae Form 1004 March 2005 |

## Uniform Residential Appraisal Report

File # 11023495

There are **15** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ **115,000** to $ **192,000** .

There are **14** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ **94,000** to $ **185,000** .

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 220 BLUEWATER DR | 360 CR 1540 | | 694 BRIGGS BLVD | | 10032 SHORELINE DR | |
| | EAST TAWAKONI, TX 75472 | POINT, TX | | EAST TAWAKONI, TX | | WILLS POINT, TX | |
| Proximity to Subject | | 0.88 miles W | | 1.69 miles W | | 7.22 miles W | |
| Sale Price | $ N/A | | $ 128,000 | | $ 150,000 | | $ 134,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 88.89 sq.ft. | | $ 84.13 sq.ft. | | $ 95.44 sq.ft. | |
| Data Source(s) | | MLS#11603532/ C21 UPCHURCH | | MLS#11749057/REMAX PREMIER | | MLS#11559189/ REMAX LANDMARK | |
| Verification Source(s) | | EXTERIOR INSPECTION/CAD | | EXTERIOR INSPECTION/CAD | | EXTERIOR INSPECTION/CAD | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | CASH | | CONV | | CONV | |
| Concessions | | NORMAL CLOSE | | SLR FD: $3,997 | | NORMAL CLOSE | |
| Date of Sale/Time | | SD: 11/11 DOM 116 | | SD: 4/12 DOM 6 | | SD: 7/11 DOM 241 | |
| Location | LAKE/AVG | LAKE/AVG | | LAKE/AVG | | LAKE/AVG | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 8.5 ACS (.25 WFLOT) | .50 AC WFLOT | +10,000 | .32 AC WFLOT | +10,000 | .14 AC WF LOT | +10,000 |
| View | RESIDENTIAL/LAKE | RESIDENTIAL/LAKE | | RESIDENTIAL/LAKE | | RESIDENTIAL/LAKE | |
| Design (Style) | TRADITIONAL | TRADITIONAL | | TRADITIONAL | | TRADITIONAL | |
| Quality of Construction | SIDING/AVG | SIDING/AVG | | BRK VNR/AVG | -4,000 | SIDING/AVG | |
| Actual Age | 17 | 20 | | 35 | | 42 | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths |
| Room Count | 8 | 4 | 2.0 | 5 | 3 | 2.0 | 7 | 3 | 2.1 | -1,500 | 6 | 3 | 1.1 | +1,500 |
| Gross Living Area | 1,708 sq.ft. | 1,440 sq.ft. | +5,360 | 1,783 sq.ft. | -1,500 | 1,404 sq.ft. | +6,080 |
| Basement & Finished | 0 | 0 | | 0 | | 0 | |
| Rooms Below Grade | | | | | | | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | EFWA/CAC | EFWA/CAC | | EFWA/CAC | | EFWA/CAC | |
| Energy Efficient Items | TYPICAL | TYPICAL | | TYPICAL | | TYPICAL | |
| Garage/Carport | 2 CAR CARPORT | 1 CAR ATT/2 CPT | -2,000 | 2 CAR ATT/2 CPT | -4,000 | 1 CAR CARPORT | +1,000 |
| Porch/Patio/Deck | PORCH/DECK | PORCH/PATIO | | PORCH/PATIO | | PORCH/PATIO | |
| FIREPLACE | 1-WBFP | NONE | +1,500 | 1-WBFP | | 1-WBFP | |
| IMPROVEMENTS | STG BUILDING | STG BLDG/SHOP | -4,000 | WORKSHOP | -4,000 | STG BUILDING | |
| AMENITIES | BOAT DOCK | BOAT DOCK | | STG BLDG | | BOAT DOCK | |
| Net Adjustment (Total) | | ☒ + ☐ - | $ 10,860 | ☐ + ☒ - | $ -5,000 | ☒ + ☐ - | $ 18,580 |
| Adjusted Sale Price | | Net Adj. 8.5 % | | Net Adj. 3.3 % | | Net Adj. 13.9 % | |
| of Comparables | | Gross Adj. 17.9 % | $ 138,860 | Gross Adj. 16.7 % | $ 145,000 | Gross Adj. 13.9 % | $ 152,580 |

☒ I did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s)   RCAD

My research ☐ did ☒ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Source(s)   RCAD & HCAD

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | RCAD | RCAD | RCAD | HCAD |
| Effective Date of Data Source(s) | 5/11/2012 | 5/11/2012 | 5/11/2012 | 5/11/2012 |

Analysis of prior sale or transfer history of the subject property and comparable sales   SUBJECT PROPERTY HAS NOT SOLD IN THE LAST THREE YEARS, IN ADDITION NO PRIOR SALES OF THE COMPARABLES COULD BE FOUND.

Summary of Sales Comparison Approach   COMPARABLES USED IN THIS APPRAISAL REPORT ARE CONSIDERED IN THE SAME MARKETING AREA OF THE SUBJECT AND WERE OF SIMILAR CONSTRUCTION AND QUALITY. ADJUSTMENTS WERE NECESSARY FOR  SIZE AND AMENITIES . THE APPRAISER PLACED MORE WEIGHT ON COMPARABLE ONE AND TWO DUE TO IT BEING THE CLOSEST SALES TO THE SUBJECT. THE SUBJECT IS LOCATED ON ONE WATERFRONT LOT THAT IS ON 8.5 ACS  THAT IS LOCATED ON A SMALL SHALLOW CHANNEL AND THE WATERFRONT ACCESS FOR THE SUBJECT APPEARS TO ONLY BE ABOUT 40 FT OF SHORELINE AT THE END OF THIS CHANNEL SEE PLAT. THE OTHER LOTS WERE NOT GICEN MUCH VALUE DUE TO ALL BEING INTERIOR LOTS  WITH NO IMPROVED ROAD. NO VALUE WAS GIVEN FOR THE ABOVEGROUND POOL OR SPA.

Indicated Value by Sales Comparison Approach $   139,000

Indicated Value by: Sales Comparison Approach $ 139,000   Cost Approach (if developed) $ 139,546   Income Approach (if developed) $  N/A

FOR THE VALUE ESTIMATED IN THIS REPORT, MOST WEIGHT IS GIVEN TO THE SALES COMPARISON APPROACH AS IT REFLECTS THE BUYERS AND SELLERS ACTIONS AND IS SUPPORTED BY THE COST APPROACH. THE INCOME APPROACH WAS NOT CONSIDERED RELEVANT FOR THIS REPORT AND THEREFORE NOT USED.

This appraisal is made ☒ "as is",  ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,  ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $   139,000  , as of   05/11/2012  , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005                    Page 2 of 6                    Fannie Mae Form 1004 March 2005

# Uniform Residential Appraisal Report

File # 11023495

THE SUBJECT AND THE COMPARABLES ARE CONSIDERED TO COMPETE FOR A TYPICAL NEIGHBORHOOD PURCHASER DUE TO THEIR CLOSE PROXIMITIES, FUNCTIONAL UTILITIES AND DESIGN.  THE SUBJECT IS CONSIDERED TO REFLECT A TYPICAL NEIGHBORHOOD DWELLING AND THE COMPARABLES ARE CONSIDERED TO BE REASONABLE INDICATORS OF MARKET VALUE.

ADJUSTMENTS REFLECTED HEREIN REFLECT THE NOTED OR ANTICIPATED MARKET REACTION FOR THE NOTED VARIANCES.  THE ADJUSTMENTS ARE CONSIDERED TO BE REASONABLE GIVEN THE COMPARABLE PROXIMITY TO THE SUBJECT PROPERTY.  THE SUBJECT DEVELOPMENT IS CONSIDERED TO CONSIST PRIMARILY OF EXISTING DWELLINGS THAT APPEAR TO BE IN AVERAGE CONDITION.

ESTIMATED TOTAL SITE VALUES HAVE BEEN BASED ON CURRENT LAND SALES IN THE SUBJECTS MARKET AREA.  ADJUSTMENTS FOR SITE SIZE AND VIEW VARIANCES HAVE BEEN INCLUDED TO REFLECT ANTICIPATED MARKET PREFERENCE AND ARE CONSIDERED TO BE REASONABLE.  NO EXTERNAL OBSOLESCENCE WAS NOTED OR ANTICIPATED FOR THE SUBJECT SITE.

THE SUBJECTS FUNCTIONAL UTILITY IS CONSIDERED TO BE AVERAGE.  THIS ASSUMPTION IS BASED ON THE APPRAISERS FIELD REVIEW, PHYSICAL INSPECTION OF THE SUBJECT DWELLING, PAST APPRAISAL ASSIGNMENTS IN AND AROUND THE SUBJECT NEIGHBORHOOD AND FROM THE DATA SEARCH.

SQUARE FOOTAGE ADJUSTMENTS WERE INCLUDED HEREIN AND HAVE BEEN BASED ON A FACTOR NEAR 30% TO 35% OF THE ESTIMATED CONSTRUCTION COST, PER SQUARE FOOT, FOR THE SUBJECT DWELLING.  CONSIDERATION FOR DIFFERENCES IN THE NUMBER OF BEDROOMS IS CONSIDERED TO HAVE BEEN INCLUDED IN THE SQUARE FOOTAGE ADJUSTMENTS.  BATHROOMS WERE ADJUSTED AT A RATE OF $500.00 PER HALF BATH.  AMENITY DIFFERENCES WERE NOTED AND HAVE BEEN CONSIDERED.  THESE DIFFERENCES REQUIRED CONSIDERATION FOR GARAGES, WORKSHOPS AND FIREPLACES.  ASSOCIATED ADJUSTMENTS FOR AMENITY DIFFERENCES HAS BEEN BASED ON THE THEORY OF CONTRIBUTORY VALUE.

THE LENDER, SELLER, INVESTOR AND PURCHASER SHOULD RELY ON A SURVEY FOR FINAL DETERMINATION OF THE SUBJECT SITES DIMENSIONS, SIZE, POSSIBLE EASEMENTS AND ENCROACHMENTS, FLOOD ZONE LOCATION AND ANY OTHER SITE RELATED ISSUE.  THE APPRAISERS VISUAL INSPECTION OF THE SUBJECT SITE DID NOT REVEAL ANY OBVIOUS ADVERSE FEATURES.

NOTE TO:  UNDERWRITERS, LOAN OFFICERS, LOAN PROCESSORS AND MORTGAGE PERSONNAL.  RE:  THE APPRAISAL IN YOUR POSSESSION FEATURES DIGITAL SIGNATURES.  IN AN EFFORT TO REDUCE BORROWERS COSTS IN BOTH TIME AND MONEY, THESE TOOLS ARE RECOGNIZED AND ENCOURAGED BY FNMA, FLHMC, HUD AND VA.  THE SIGNATURES WHICH ARE DIGITIZED AND PRINTED ELECTRONICALLY ARE ORIGINAL, NOT COPIES.   THE APPRAISAL REPORT IS INTENDED FOR USE IN A MORTGAGE FINANCE TRANSACTION ONLY. IT IS NOT INTENDED FOR ANY OTHER USE.

THE APPRAISER HAS PREFORMED NO PRIOR SERVICES ON THE SUBJECT PROPERTY.
THE INTENDED USER OF THIS REPORT IS THE LENDER/CLIENT
THE INTENDED USE OF THIS REPORT IS ASSET VALUATION.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)     SITE VALUE ESTIMATE WAS OBTAINED FROM LOT SALES IN FANNIN COUNTY THAT WERE FOUND IN THE DALLAS MLS SYSTEM.

| ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | | | =$ | 55,000 |
|---|---|---|---|---|---|
| Source of cost data  MARSHAL & SWIFT | DWELLING | 1,708 Sq.Ft. @ $ | 66.00 | =$ | 112,728 |
| Quality rating from cost service  AVG    Effective date of cost data  12/2010 | | Sq.Ft. @ $ | | =$ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | =$ | |
| THE SITE VALUE ESTIMATE IS BASED ON SITE TO VALUE RATIOS. THE COSTS WERE | Garage/Carport | Sq.Ft. @ $ | | =$ | |
| DEVELOPED FROM MARSHALL & SWIFT SERVICE, APPRAISER'S FILES, AND LOCAL COST | Total Estimate of Cost-New | | | =$ | 112,728 |
| DATA FROM LOCAL BUILDERS AND SUPPLIERS. PHYSICAL DEPRECIATION IS BASED ON | Less         Physical | Functional | External | | |
| THE AGE/LIFE METHOD. ESTIMATED REMAINING ECONOMIC LIFE IS 45 +/- YEARS FOR | Depreciation       28,182 | | | =$( | 28,182) |
| HUD, VA, AND FmHA USERS. | Depreciated Cost of Improvements | | | =$ | 84,546 |
| | *As-Is* Value of Site Improvements | | | =$ | |
| Estimated Remaining Economic Life (HUD and VA only)          45 Years | INDICATED VALUE BY COST APPROACH | | | =$ | 139,546 |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

| Estimated Monthly Market Rent $ | X Gross Rent Multiplier | = $ | Indicated Value by Income Approach |
|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?   ☐ Yes   ☐ No   Unit type(s)   ☐ Detached   ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD?   ☐ Yes   ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units?   ☐ Yes   ☐ No  Data Source

Are the units, common elements, and recreation facilities complete?   ☐ Yes   ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?   ☐ Yes   ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

File # 11023495

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

## Uniform Residential Appraisal Report

File # 11023495

**APPRAISER'S CERTIFICATION:**  The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this  appraisal  report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

## Uniform Residential Appraisal Report

File # 11023495

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Devlin D Kirch_ | Signature _____ |
| Name DEVLIN KIRCHMAN | Name _____ |
| Company Name JERRY KIRCHMAN & ASSOCIATES | Company Name _____ |
| Company Address PO BOX 8038, GREENVILLE, TX 75404 | Company Address _____ |
| | |
| Telephone Number (903) 455-7613 | Telephone Number _____ |
| Email Address DEVKIRCH@AOL.COM | Email Address _____ |
| Date of Signature and Report May 14, 2012 | Date of Signature _____ |
| Effective Date of Appraisal 05/11/2012 | State Certification # _____ |
| State Certification # TX-1329508-R | or State License # _____ |
| or State License # | State _____ |
| or Other (describe) _____ State # ____ | Expiration Date of Certification or License _____ |
| State TX | |
| Expiration Date of Certification or License 7/31/2012 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 220 BLUEWATER DR | Date of Inspection _____ |
| EAST TAWAKONI, TX 75472 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 139,000 | Date of Inspection _____ |
| LENDER/CLIENT | |
| Name WILL HESTER | COMPARABLE SALES |
| Company Name SCHEEF & STONE, LLP | |
| Company Address 500 N AKARD ST, STE 2700, DALLAS, TX 75201 | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address _____ | Date of Inspection _____ |

Form 1004 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

**JKIRGOLF**

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 220 BLUEWATER DR | | | | |
| City | EAST TAWAKONI | County RAINS | State TX | Zip Code 75472 |
| Lender | SCHEEF & STONE, LLP | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | Calculation Details | | |
|---|---|---|---|---|
| First Floor | 1240 Sq ft | 8 × 3 | = | 24 |
| | | 32 × 38 | = | 1216 |
| Second Floor | 468 Sq ft | 18 × 26 | = | 468 |
| **Total Living Area (Rounded):** | **1708 Sq ft** | | | |
| Non-living Area | | | | |
| Open Porch | 108 Sq ft | 18 × 6 | = | 108 |
| Wood Deck | 1959.25 Sq ft | 4 × 38 | = | 152 |
| | | 36 × 3.5 | = | 126 |
| | | 62 × 5.5 | = | 341 |
| | | 19.5 × 27 | = | 526.5 |
| | | 0.5 × 10.5 × 27 | = | 141.75 |
| | | 21 × 26 | = | 546 |
| | | 4 × 28 | = | 112 |
| | | 0.5 × 4 × 7 | = | 14 |
| 2 Car Carport | 500 Sq ft | 20 × 25 | = | 500 |
| Third Floor | 320 Sq ft | 20 × 16 | = | 320 |

## Location Map

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 220 BLUEWATER DR |
| City | EAST TAWAKONI | County | RAINS | State | TX | Zip Code | 75472 |
| Lender | SCHEEF & STONE, LLP |



# Flood Map

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 220 BLUEWATER DR | | | | |
| City | EAST TAWAKONI | County  RAINS | | State  TX | Zip Code  75472 |
| Lender | SCHEEF & STONE, LLP | | | | |



© 1999-2012 SourceProse and/or FloodSource Corporations. All rights reserved. Patents 6,631,326 and 6,678,615. Other patents pending.  For info: info@floodsource.com.

## Subject Photo Page

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 220 BLUEWATER DR | | | | |
| City | EAST TAWAKONI | County  RAINS | | State  TX | Zip Code  75472 |
| Lender | SCHEEF & STONE, LLP | | | | |



### Subject Front

| | |
|---|---|
| 220 BLUEWATER DR | |
| Sales Price | N/A |
| Gross Living Area | 1,708 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | LAKE/AVG |
| View | RESIDENTIAL/LAKE |
| Site | 8.5 ACS (.25 WFLOT) |
| Quality | SIDING/AVG |
| Age | 17 |



### Subject Rear



### Subject Street

# PHOTOGRAPH ADDENDUM

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 220 BLUEWATER DR | | | | |
| City | EAST TAWAKONI | County  RAINS | State  TX | Zip Code  75472 | |
| Lender | SCHEEF & STONE, LLP | | | | |



LEFT VIEW



RIGHT VIEW



STORAGE BUILDING

## Photograph Addendum

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 220 BLUEWATER DR | | | | |
| City | EAST TAWAKONI | County | RAINS | State | TX | Zip Code | 75472 |
| Lender | SCHEEF & STONE, LLP | | | | |



CARPORT



BOAT DOK



LAKE VIEW

## Subject Interior Photo Page

| | | | | | |
|---|---|---|---|---|---|
| Borrower/Client | N/A | | | | |
| Property Address | 220 BLUEWATER DR | | | | |
| City | EAST TAWAKONI | County  RAINS | | State  TX | Zip Code  75472 |
| Lender | SCHEEF & STONE, LLP | | | | |



**LIVING ROOM**

| | |
|---|---|
| 220 BLUEWATER DR | |
| Sales Price | N/A |
| Gross Living Area | 1,708 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | LAKE/AVG |
| View | RESIDENTIAL/LAKE |
| Site | 8.5 ACS (.25 WFLOT) |
| Quality | SIDING/AVG |
| Age | 17 |



**KITCHEN**



**BATHROOM**

## Subject Interior Photo Page

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 220 BLUEWATER DR | | | | | |
| City | EAST TAWAKONI | County | RAINS | State | TX | Zip Code 75472 |
| Lender | SCHEEF & STONE, LLP | | | | | |



**BATHROOM**

220 BLUEWATER DR

| | |
|---|---|
| Sales Price | N/A |
| Gross Living Area | 1,708 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2.0 |
| Location | LAKE/AVG |
| View | RESIDENTIAL/LAKE |
| Site | 8.5 ACS (.25 WFLOT) |
| Quality | SIDING/AVG |
| Age | 17 |



**BEDROOM**



**BEDROOM**

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 220 BLUEWATER DR |
| City | EAST TAWAKONI |

| City | EAST TAWAKONI | County | RAINS | State | TX | Zip Code | 75472 |
|---|---|---|---|---|---|---|---|
| Lender | SCHEEF & STONE, LLP | | | | | | |



### Comparable 1

| | |
|---|---|
| 360 CR 1540 | |
| Prox. to Subject | 0.88 miles W |
| Sale Price | 128,000 |
| Gross Living Area | 1,440 |
| Total Rooms | 5 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | LAKE/AVG |
| View | RESIDENTIAL/LAKE |
| Site | .50 AC WFLOT |
| Quality | SIDING/AVG |
| Age | 20 |



### Comparable 2

| | |
|---|---|
| 694 BRIGGS BLVD | |
| Prox. to Subject | 1.69 miles W |
| Sale Price | 150,000 |
| Gross Living Area | 1,783 |
| Total Rooms | 7 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | LAKE/AVG |
| View | RESIDENTIAL/LAKE |
| Site | .32 AC WFLOT |
| Quality | BRK VNR/AVG |
| Age | 35 |



### Comparable 3

| | |
|---|---|
| 10032 SHORELINE DR | |
| Prox. to Subject | 7.22 miles W |
| Sale Price | 134,000 |
| Gross Living Area | 1,404 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | LAKE/AVG |
| View | RESIDENTIAL/LAKE |
| Site | .14 AC WF LOT |
| Quality | SIDING/AVG |
| Age | 42 |



## TEXAS APPRAISER LICENSING AND CERTIFICATION BOARD

*BE IT KNOWN THAT*

### DEVLIN DREW KIRCHMAN

*HAVING PROVIDED SATISFACTORY EVIDENCE OF THE QUALIFICATIONS REQUIRED BY THE TEXAS APPRAISER LICENSING AND CERTIFICATION ACT, TEXAS OCCUPATIONS CODE, CHAPTER 1103, IS AUTHORIZED TO USE THE TITLE*

### STATE CERTIFIED
### RESIDENTIAL REAL ESTATE APPRAISER

Number: TX-1329508-R

Date of Issue: June 10, 2010

Date of Expiration: July 31, 2012

*In Witness Thereof*

James (Jamie) B. Ratliff, Chair

Douglas E. Oldmixon, Commissioner

James (Jamie) B. Ratliff, Chair     Mark A. McAnally, Vice Chair     Luis F. De La Garza, Jr., Secretary
Walker R. Beard     Robert D. Davis, Jr.     Danny R. Perkins
Clinton P. Sayers     Bill F. Schneider     Donna L. Walz

# APPRAISER RESUME

## PERSONAL DATA

| | |
|---|---|
| **Name:** DEVLIN D KIRCHMAN | **Phone Number:** 903-455-7613 |
| **Company Name:** JERRY KIRCHMAN & ASSOCIATES | **Fax Number:** 903-455-7639 |
| **Address:** P. O. BOX 8038 | **Certifications:** TX-1330106-R |
| GREENVILLE, TX 75404 | |

## PROFESSIONAL MEMBERSHIPS

NONE

## EDUCATION

| Name of Institution (HS, College, University, etc.) | Dates Attended | Type of Degree or Certificate |
|---|---|---|
| GREENVILLE HIGH SCHOOL | 1979-1983 | H.S. DIPLOMA |
| | | |
| | | |
| | | |

| Professional/Technical Courses (Appraisal Related) | Date Completed | Sponsoring Organization |
|---|---|---|
| REAL ESTATE LAW | 1995 | EAST TEXAS STATE UNIVERSITY |
| REAL ESTATE PRINCIPLES | 1995 | EAST TEXAS STATE UNIVERSITY |
| REAL ESTATE FINANCE | 1996 | EAST TEXAS STATE UNIVERSITY |
| MARSHALL & SWIFT RESIDENTIAL HANDBOOK | 2002 | LINCOLN GRADUATE CENTER |
| APPRAISAL OF RESIDENTIAL PROPERTY | 2002 | LINCOLN GRADUATE CENTER |
| USPAP | 2004 | LEONARD HAWES REAL ESTATE SCHOOL |
| | | |
| | | |

| Seminars, Conferences, Clinics Attended | Date Completed | Sponsoring Organization |
|---|---|---|
| NATIONAL EDUCATION CONFERENCE NAMA | 2003 | LINCOLN GRADUATE CENTER |
| | | |
| | | |
| | | |
| | | |
| | | |

## EMPLOYMENT HISTORY

| Employer's Name and Address | Business Title | Dates of Employment | % of Time Dedicated to Appraising |
|---|---|---|---|
| JERRY KIRCHMAN & ASSOCIATES<br>P .O. BOX 8038, GREENVILLE, TX 75404-8038 | APPRAISER | 6/1997-PRESENT | 65 |
| | | | |
| | | | |

## EXPERIENCE SUMMARY

EMPLOYED AS AN APPRAISER WITH JERRY KIRCHMAN & ASSOCIATES SINCE JUNE 1996 WITH EXPERIENCE IN APPRAISING SINGLE FAMILY RESIDENTIAL, MULTI-FAMILY, INCOME PROPERTY, AND LAND APPRAISALS.

## APPRAISAL COVERAGE AREAS

COUNTIES: HUNT, ROCKWALL, COLLIN, GRAYSON, FANNIN, DELTA, HOPKINS, RAINS, VAN ZANDT, KAUFMAN

## MARKET AND COST DATA SOURCES

MARSHALL & SWIFT
GREATER DALLAS AREA OF REALTORS

## REFERENCES

| | |
|---|---|
| BRETT HALL<br>AMERICAN NATIONAL BANK<br>903-455-7592 | LAURA HARTNETT<br>FANNIN BANK<br>903-583-5522 |
| JACQUE MURLEY<br>BANKERS FINANCIAL<br>903-450-8211 | NORMA KIDWELL<br>FIRST NATIONAL BANK OF TRENTON<br>903-837-2800 |
| FRANK ADAMS<br>GREAT OAK MORTGAGE<br>972-312-0007 | ALECIA BOOHER<br>AMERICAN BANK OF TEXAS<br>903-583-2101 |

SIGNATURE OF APPRAISER: _Delin D Kirch_     DATE: May 14, 2012

# MULTI-PURPOSE SUPPLEMENTAL ADDENDUM
# FOR FEDERALLY RELATED TRANSACTIONS

Jerry Kirchman & Associates

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 220 BLUEWATER DR |

| City | County | State | Zip Code |
|---|---|---|---|
| EAST TAWAKONI | County RAINS | TX | 75472 |

| Lender | SCHEEF & STONE, LLP |
|---|---|

This Multi-Purpose Supplemental Addendum for Federally Related Transactions was designed to provide the appraiser with a convenient way to comply with the current appraisal standards and requirements of the Federal Deposit Insurance Corporation (FDIC), the Office of the Comptroller of Currency (OCC), The Office of Thrift Supervision (OTS), the Resolution Trust Corporation (RTC), and the Federal Reserve.

**This Multi-Purpose Supplemental Addendum is for use with any appraisal.  Only those statements which have been checked by the appraiser apply to the property being appraised.**

## ☒ PURPOSE & FUNCTION OF APPRAISAL

The purpose of the appraisal is to estimate the market value of the subject property as defined herein. The function of the appraisal is to assist the above-named Lender in evaluating the subject property for lending purposes. This is a federally related transaction.

## ☒ EXTENT OF APPRAISAL PROCESS

☒ The appraisal is based on the information gathered by the appraiser from public records, other identified sources, inspection of the subject property and neighborhood, and selection of comparable sales within the subject market area. The original source of the comparables is shown in the Data Source section of the market grid along with the source of confirmation, if available. The original source is presented first. The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report nor used as a basis for the value conclusion.

☒ The Reproduction Cost is based on   MARSHALL & SWIFT RESIDENTIAL COST HANDBOOK
supplemented by the appraiser's knowledge of the local market.

☒ Physical depreciation is based on the estimated effective age of the subject property. Functional and/or external depreciation, if present, is specifically addressed in the appraisal report or other addenda. In estimating the site value, the appraiser has relied on personal knowledge of the local market. This knowledge is based on prior and/or current analysis of site sales and/or abstraction of site values from sales of improved properties.

☒ The subject property is located in an area of primarily owner-occupied single family residences and the Income Approach is not considered to be meaningful. For this reason, the Income Approach was not used.

☐ The Estimated Market Rent and Gross Rent Multiplier utilized in the Income Approach are based on the appraiser's knowledge of the subject market area. The rental knowledge is based on prior and/or current rental rate surveys of residential properties. The Gross Rent Multiplier is based on prior and/or current analysis of prices and market rates for residential properties.

☐ For income producing properties, actual rents, vacancies and expenses have been reported and analyzed. They have been used to project future rents, vacancies and expenses.

## ☒ SUBJECT PROPERTY OFFERING INFORMATION

According to   DALLAS/FT. WORTH MULTIPLE LISTING SERVICE                                        the subject property:

☐ has not been offered for sale in the past: ☐ 30 days  ☐ 1 year  ☐ 3 years.
☒ is currently offered for sale for $   125,000          .
☐ was offered for sale within the past:  ☐ 30 days  ☐ 1 year  ☐ 3 years   for $ _____ .
☐ Offering information was considered in the final reconciliation of value.
☒ Offering information was not considered in the final reconciliation of value.
☐ Offering information was not available.  The reasons for unavailability and the steps taken by the appraiser are explained later in this addendum.

## ☒ SALES HISTORY OF SUBJECT PROPERTY

According to   COUNTY DEED RECORDS                                                           the subject property:

☒ Has not transferred  ☐ In the past twelve months.  ☐ In the past thirty-six months.  ☒ In the past 5 years.
☐ Has transferred  ☐ In the past twelve months.  ☐ In the past thirty-six months.  ☐ In the past 5 years.
☒ All prior sales which have occurred in the past 3 YRS. are listed below and reconciled to the appraised value, either in the body of the report or in the addenda.

| Date | Sales Price | Document # | Seller | Buyer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## ☒ FEMA FLOOD HAZARD DATA

☒ Subject property is not located in a FEMA Special Flood Hazard Area.
☐ Subject property is located in a FEMA Special Flood Hazard Area.

| Zone | FEMA Map/Panel # | Map Date | Name of Community |
|---|---|---|---|
| X | 48379C0020D | 04/17/2012 | RAINS COUNTY |

☒ The community does not participate in the National Flood Insurance Program.
☐ The community does participate in the National Flood Insurance Program.
☒ It is covered by a regular program.
☐ It is covered by an emergency program.

Page 1 of 2

Form MPA3 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

☒   **CURRENT SALES CONTRACT**

☒  The subject property is currently not under contract.
☐  The contract and/or escrow instructions were not available for review.  The unavailability of the contract is explained later in the addenda section.

☐  The contract and/or escrow instructions were reviewed.  The following summarizes the contract:

| Contract Date | Amendment Date | Contract Price | Seller |
|---|---|---|---|
| | | | |

☐  The contract indicated that personal property was not included in the sale.  _____
☐  The contract indicated that personal property was included.  It consisted of  _____
_____   Estimated contributory value is $ _____  .
☐  Personal property was not included in the final value estimate.
☐  Personal property was included in the final value estimate.
☐  The contract indicated no financing concessions or other incentives.
☐  The contract indicated the following concessions or incentives:   _____
_____  .
☐  If concessions or incentives exist, the comparables were checked for similar concessions and appropriate adjustments were made, if applicable, so
    that the final value conclusion is in compliance with the Market Value defined herein.

☒   **MARKET OVERVIEW**    Include an explanation of current market conditions and trends.

_3-9_____ months is considered a reasonable marketing period for the subject property based on   _ANALYSIS OF THE LOCAL REAL ESTATE MARKET._
_____  .

☒   **ADDITIONAL CERTIFICATION**

The Appraiser certifies and agrees that:
(1)  The analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional
     Appraisal Practice ("USPAP"), except that the Departure Provision of the USPAP does not apply.
(2)  Their compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount
     of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.
(3)  This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

☒   **ADDITIONAL (ENVIRONMENTAL) LIMITING CONDITIONS**

The value estimated is based on the assumption that the property is not negatively affected by the existence of hazardous substances or detrimental
environmental conditions unless otherwise stated in this report.  The appraiser is not an expert in the identification of hazardous substances or detrimental
environmental conditions.  The appraiser's routine inspection of and inquiries about the subject property did not develop any information that indicated
any apparent significant hazardous substances or detrimental environmental conditions which would affect the property negatively unless otherwise stated
in this report.  It is possible that tests and inspections made by a qualified hazardous substance and environmental expert would reveal the existence of
hazardous substances or detrimental environmental conditions on or around the property that would negatively affect its value.

☐   **ADDITIONAL COMMENTS**

_____
_____
_____
_____

☒   **APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION**

Appraiser's Signature _Devlin D Kirchman_____   Effective Date _05/11/2012_____   Date Prepared _May 14, 2012_____
Appraiser's Name (print)  _DEVLIN KIRCHMAN_____   Phone #  _(903) 455-7613_____
State _TX____   ☐ License _____   ☒ Certification #  _TX-1329508-R_____   Tax ID #  _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_____

☐   **CO-SIGNING APPRAISER'S CERTIFICATION**

☐  The co-signing appraiser has personally inspected the subject property, both inside and out, and has made an exterior inspection of all comparable sales
    listed in the report.  The report was prepared by the appraiser under direct supervision of the co-signing appraiser.  The co-signing appraiser accepts
    responsibility for the contents of the report including the value conclusions and the limiting conditions, and confirms that the certifications apply
    fully to the co-signing appraiser.
☐  The co-signing appraiser has not personally inspected the interior of the subject property and:
☐  has not inspected the exterior of the subject property and all comparable sales listed in the report.
☐  has inspected the exterior of the subject property and all comparable sales listed in the report.
☐  The report was prepared by the appraiser under direct supervision of the co-signing appraiser.  The co-signing appraiser accepts responsibility for the
    contents of the report, including the value conclusions and the limiting conditions, and confirms that the certifications apply fully to the co-signing
    appraiser with the exception of the certification regarding physical inspections.  The above describes the level of inspection performed by the
    co-signing appraiser.
☐  The co-signing appraiser's level of inspection, involvement in the appraisal process and certification are covered elsewhere in the addenda section
    of this appraisal.

☐   **CO-SIGNING APPRAISER'S SIGNATURE & LICENSE/CERTIFICATION**

Co-Signing
Appraiser's Signature _____   Effective Date _____   Date Prepared _____
Co-Signing Appraiser's Name (print) _____   Phone # _____
State _____   ☐ License _____   ☐ Certification # _____   Tax ID # _____

Form MPA3 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE